UNITED STATES of America, Plaintiff–Appellee,

v.

Reginald Wayne DAVIS, also known as Old School, Defendant–Appellant.

No. 05–10173
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Melvin Norman Gray, Melvin Gray & Associates, San Angelo, TX, for Defendant–Appellant.

Reginald Wayne Davis, Big Spring, TX, pro se.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Reginald Wayne Davis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Davis has filed a response to counsel's motion. Our independent re-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

318

view of the record, counsel's brief, and Davis's response shows that there are no nonfrivolous issues for appeal. The record is insufficiently developed to allow consideration of Davis's claims of ineffective assistance of counsel in this direct appeal. *See United States v. Higdon*, 832 F.2d 312, 313–14 (5th Cir.1987). Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

